

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00974-CV

**IN THE INTEREST OF J.G., J.G, L.G.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1222-CV-D
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

Appellant Mom filed a notice of appeal challenging the trial court's "signed . . . on November 29, 2018." The clerk's record shows does not contain an order signed on that date or otherwise contain a signed, final order.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely provide written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court